```
 1  BILAL A. ESSAYLI
    United States Attorney
 2  CHRISTINA T. SHAY
    Assistant United States Attorney
 3  Chief, Criminal Division
    MIRELLE RAZA (Cal. Bar No. 340055)
 4  Assistant United States Attorney
    General Crimes Section
 5       1200 United States Courthouse
         312 North Spring Street
 6       Los Angeles, California 90012
         Telephone:    (213) 894-6058
 7       Facsimile:    (213) 894-0141
         Email:        mirelle.raza@usdoj.gov
 8
    Attorneys for Plaintiff
 9  UNITED STATES OF AMERICA
```

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 2:25-mj-03507-DUTY |
|---|---|
| Plaintiff, | MOTION TO DISMISS COMPLAINT WITHOUT PREJUDICE AGAINST DEFENDANT PURSUANT TO FEDERAL RULE OF CRIMINAL PROCEDURE 48(a) |
| v. | |
| GISSELLE MEDINA, | |
| Defendant. | |

The United States Attorney for the Central District of California hereby requests leave of the Court to dismiss the complaint against defendant Gisselle Medina without prejudice.

The government's request for dismissal is made in good faith and in the interest of justice. The law "generally require[s] a district court to defer to the government's decision to seek a dismissal of a criminal charge" under Rule 48(a) motions when they are not opposed by the defense. United States v. Gonzalez, 58 F.3d

1

1 | 459, 462 (9th Cir. 1995).
2 |     Accordingly, the government requests that the Court grant this
3 | motion to dismiss the complaint without prejudice against defendant
4 | Gisselle Medina pursuant to Federal Rule of Criminal Procedure
5 | 48(a).

Dated: June 27, 2025         Respectfully submitted,

BILAL A. ESSAYLI
United States Attorney

CHRISTINA T. SHAY
Assistant United States Attorney
Chief, Criminal Division

                  /s/
MIRELLE RAZA
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA